AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3773 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK DECOSTE,<br><br>    Plaintiff,<br><br>v.<br><br>NDOC, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-01668-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF Nos. 7, 15 |

IT IS HEREBY STIPULATED by and between Plaintiff, Derrick DeCoste, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.[1]

---

[1] Defendant is attaching a signed Stipulation and Order for dismissal. This attachment was signed by Plaintiff and Defendant's Council Mayra Garay both of which were present during the settlement conference. Ms. Garay is no longer with the AG's office and is thus not able to submit the current Stipulation and Order.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 30th day of June, 2025.                    DATED this 30th day of June, 2025.

                                                      AARON D. FORD
                                                      Attorney General

By:_____                   By: /s/ *Victoria Corey*
**DERRICK DECOSTE**                                  VICTORIA C. COREY (Bar No. 16364)
Plaintiff                                            Deputy Attorney General
                                                       *Attorneys for Interested Party*

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 16th day of May, 2025.  DATED this 16th day of May, 2025

                                            AARO  D. FORD
                                            Attorney General

By: _____  By: /s/ *Mayra Garay*
**DERRICK DECOSTE**  MAYRA GARAY (Bar No. 15550)
Plaintiff  Deputy Attorney General
                                            *Attorneys for Interested Party*

## ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The pending application for ifp status **[ECF No. 7]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 2, 2025